UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,<br><br>Petitioner,<br><br>-against-<br><br>TRACTEL INC. A/K/A TRACTEL SWING STAGE EAST DIVISION,<br><br>Respondent. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case 18-cv-2658 (MKB) (RLM) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner New York City District Council of Carpenters hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Respondent Tractel Inc. a/k/a Tractel Inc. Swing Stage East Division.

Dated: August 14, 2018
New York, NY

By: *[signature]*
SPIVAK LIPTON, LLP
1700 Broadway, Floor 21
New York, NY 10019
Tel: (212) 765-2100
Lydia Sigelakis
lsigelakis@spivaklipton.com
*Counsel to Petitioner*